# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

SAMMIE BROWN                                                                                           PLAINTIFF

V.                                          NO: 4:10CV01664 SWW

LYNN FRANK PLEMMONS                                                                        DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of December, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE